UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BURTON T. FRIED,

                      Plaintiff,

        v.

LVI SERVICES, INC.; LVI PARENT CORP.,
CODE HENNESSY SIMMONS LLC d/b/a CHS
PRIVATE EQUITY V LP; APOLLO
INVESTMENT CORP.; SCOTT E. STATE, in his
official and individual capacities; BRIAN
SIMMONS, in his official and individual capacities;
RAJAY BAGARIA, in his official and individual
capacities; GERALD J. GIRARDI, in his official
and individual capacities,

                      Defendants.
------------------------------------------------------------------X

No. 10 Civ. 9308 (JSR)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between Plaintiff, Burton T. Fried, and Defendants LVI Services, Inc. and LVI Parent Corp. ("Defendants"), that, pursuant to Fed. R. Civ. P. 41(a), the remaining cause of action in Plaintiff's amended complaint asserting a claim for retaliation under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 *et seq.*, relating solely to the termination of his daughter, Shari L. Dembin, is voluntarily dismissed with prejudice and without costs or fees to either party.

NY1 7867179v.1

1

Dated: New York, New York
October 19, 2011

| | |
|---|---|
| **THOMPSON WIGDOR LLP** | **SIDLEY AUSTIN LLP** |
| By: _____ | By: _____ |
| Shaffin A. Datoo | Michael D. Mann |
| 85 Fifth Avenue | 787 Seventh Avenue |
| New York, New York 10003 | New York, New York 10019 |
| (212) 257-6800 | (212) 839-5837 |
| sdatoo@thompsonwigdor.com | mdmann@sidley.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED.

_____
Hon. Jed S. Rakoff, U.S.D.J.